```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**BRYAN HUMPHREY,**

      **Plaintiff,**

**v.**                              **Civil Action No. 2:15-cv-13872**

**LT. HILL, CO II PETERS,
And LT. ALLEN,**

      **Defendants.**

### MEMORANDUM OPINION AND ORDER

**The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on June 11, 2018; and the magistrate judge having recommended that the court dismiss this matter, without prejudice, for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and deny as moot the plaintiff's initial Application to Proceed Without Prepayment of Fees and Costs; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.**

**It is, therefore, ORDERED that the movant's complaint be, and it hereby is, dismissed, without prejudice.**

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: October 3, 2018

John T. Copenhaver, Jr.
United States District Judge